LEWIS JOSLYN, an Infant, by MARJORIE JOSLYN, His Guardian ad Litem, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 30543.) All concur. (Appeal

from a judgment dismissing a claim against the State for negligent condition of State highway.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.